■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN WESLEY KENYON, Appellant.— Order unanimously affirmed. (See *People* v. *Bennett,* 14 N Y 2d 851; *People ex rel. Stickle* v. *Fay,* 14 N Y 2d 683.) (Appeal from order of Oswego County Court denying, without a hearing, motion to vacate a judgment of conviction for burglary, third degree, and petit larceny rendered April 23, 1964.) Present — Bastow, J. P., Goldman, Henry, Noonan and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MACK JONES, Appellant.— Order unanimously affirmed. Memorandum: The relief sought is not available to the defendant in this *coram nobis* proceeding. We call to the attention of the District Attorney that the Trial Judge wrote a memorandum and a copy of the same was not attached to his brief as an appendix. (Appeal from order of Erie County Court, denying, without a hearing, motion to vacate a judgment of conviction for grand larceny, second degree, rendered May 23, 1951.) Present — Williams, P. J., Goldman, Henry, Noonan and Del Vecchio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEODORE G. SHARKEY, JR., Appellant, v. NEW YORK STATE POLICE OF BATAVIA, Respondent.— Order unanimously affirmed, without costs. Memorandum: The order affirmed is referred to in the notice of appeal as bearing date of December 2, 1963. Actually, it is dated November 4, 1963, but there is no doubt that it is the order described in the petition because in the notice of appeal it is recited that the order denied petitioner a copy of the complaint, a copy of the warrant of arrest and a copy of the search warrant. In the moving papers he designated the copy of the complaint as a copy of the information. However, it appears there were no such papers in the possession of the respondent at any time and, therefore, of course, they cannot be produced. (Appeal from order of Special Term, Genesee County denying motion by relator for an order directing respondent to furnish certain information as to the charge lodged against him.) Present — Williams, P. J., Goldman, Henry and Noonan, JJ.